In the Matter of the Judicial Settlement of the Account of EMIL C. A. HOH, as Executor, etc., of SEBASTIAN HOH, Deceased. KATHRYN HOH, MARY F. HOH and LOUISE C. HARTMAN, Appellants; EMIL C. A. HOH, as Executor, etc., of SEBASTIAN HOH, Deceased, Respondent.— Decree of the Surrogate's Court of Queens county judicially settling account of executor unanimously affirmed, with

costs to the respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.